The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR21-016RSM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | STIPULATED MOTION TO |
| | ) | CONTINUE TRIAL AND PRETRIAL |
| JOAN C. TROWER, | ) | MOTIONS DATES |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered defense counsel's stipulated motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND PRETIRIAL MOTIONS
DATES- 1

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of October 26, 2020 and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to October 12, 2021, and that pretrial motions shall be filed no later than August 27, 2021.

DATED this 2nd day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND PRETIRIAL MOTIONS
DATES- 1

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

DONE this 1st day of March, 2021.

/s/ *Peter Mazzone*
Peter Mazzone WSBA #25262
Attorney for Defendant

CERTIFICATE OF SERVICE

I, Aleshia Johnson, Paralegal at Mazzone Law Firm, PLLC, hereby certify that on this 1st day of March, 2021, I electronically filed the foregoing pleading using the CM/ECF system which provides service to all parties including the plaintiff party.

/s/ *Aleshia Johnson*
Aleshia Johnson, Paralegal
Mazzone Law Firm, PLLC
aleshiaj@mazzonelaw.com

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND PRETIRIAL MOTIONS
DATES- 1

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994