UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOAN C. TROWER,<br><br>Defendant. | Case No. CR21-016RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SURRENDER DATE |

This Court has considered Defendant's Motion to Continue Self-Surrender Date Currently Set for December 30, 2021, and the records and pleadings filed herein. The defendant's motion is GRANTED. The Federal Bureau of Prisons is hereby directed to issue a new reporting date on or after January 30, 2022.

Dated this 17th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1