Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOAN TROWER, <br><br> Defendant. | NO. 21-CR-16 RSM <br><br> ORDER GRANTING JOINT MOTION TO DELAY SELF SURRENDER DATE |

Based on the reasons set forth in the Joint Motion to Delay Ms. Trower's Self-Surrender Date, and the Court having considered the Motion and reasons set forth therein, and having found good cause to delay the defendant's reporting date,

IT IS HEREBY ORDERED that the defendant, Joan Trower, report as directed to the Bureau of Prisons to serve her term of confinement on or before noon on February 8, 2022.

DONE this __28th__ day of __January__, 2022.

_____
RICARDO S. MARTINEZ
CHIEF U.S. DISTRICT JUDGE

Presented by:

*William Dreher*
Assistant United States Attorney

ORDER GRANTING MOTION TO DELAY
VOLUNTARY SURRENDER DATE