UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICAN, | Case No. CR21-16RSM |
| Plaintiff, | ORDER |
| v. | |
| JOAN TROWER, | |
| Defendant. | |

THE Court has considered Defendant's *pro se* motion to set a maximum monthly payment amount as to the restitution ordered in this case, as well as the response filed by the Government. Defendant's motion is DENIED.

DATED this 12th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1