**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOAN C. TROWER,<br><br>Defendant | Case No. CR21-016RSM<br><br>ORDER ON MOTION TO WITHDRAW |

CJA attorney, Peter Mazzone's motion to withdraw as counsel for defendant, Joan C. Trower, is hereby granted.

DATED 14th day of August, 2026.

THE HONORABLE RICARDO S. MARTINEZ



MAZZONE LAW FIRM, PLLC
3002 COLBY AVENUE, SUITE 302
EVERETT, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994